# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JENNIFER REILLY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 1:21-cv-00857-CLM |
| **AVERY AUTO SALES, INC., et al.,** | ) |
| **Defendants.** | ) |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the court **GRANTS** Credit Acceptance's motion to compel arbitration (doc. 2), **DENIES** Credit Acceptance's motion to dismiss the plaintiff's claims with prejudice (doc. 2), and **STAYS** the claims against Credit Acceptance under Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3. Reilly and Credit Acceptance must inform the court when arbitration has begun.

**DONE** and **ORDERED** on December 21, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

1