# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JENNIFER REILLY,**<br>　　　Plaintiff,<br><br>v.<br><br>**AVERY AUTO SALES,** *et al.***,**<br>　　　Defendants. | Case No. 1:21-cv-857-CLM |

## ORDER OF DISMISSAL

　　The Court, having been advised that the plaintiff, Jennifer Reilly, and the defendant, Credit Acceptance, have reached a settlement, **DISMISSES the claims against Credit Acceptance without prejudice**. Having dismissed all claims over which it has original jurisdiction, the court **DIRECTS** the Clerk to remand the claims against the other defendants to the Circuit Court of Calhoun County, Alabama. This court retains jurisdiction of this action to reinstate the case, if Reilly or Credit Acceptance represents to the court **on or before June 3, 2022** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the court does not hear from the parties by **June 3, 2022**, this dismissal will convert into a **dismissal with prejudice**. All pending deadlines and settings in this case are cancelled.

　　**DONE** and **ORDERED** on April 4, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE